# Texas Court Of Criminal Appeals
## At Austin

PD-0816-15

No. 05-13-01586-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 02 2015
Abel Acosta, Clerk

In The Court Of Appeals

Fifth District Of Texas
At Dallas

On Appeal From The Criminal District
Court No. 6 Of Dallas County
Trial Court No. 27326

| | |
|---|---|
| Silvia Romero<br><br>Vs.<br><br>State Of Texas | APPELLANT FILED IN<br>COURT OF CRIMINAL APPEALS<br>JUL 02 2015<br>Abel Acosta, Clerk<br><br>APPELLEE |

## Motion To Extend Time To File Appellant's, Pro Se, Petition For Discretionary Review

Silvia Romero, Pro Se
TDCJ #01883677
Lane Murray Unit
1916 N. Hwy. 36 By Pass
Gatesville, Texas 76596

In The Court Of Appeals - Fifth District Of Texas
At Dallas ; No. 05-13-01586-CR

On Appeal From The Criminal District Court No. 6
Of Dallas County ; Trial Court No. 27326

| Silvia Romero vs. State Of Texas | APPELLANT APPELLEE | Court Of Criminal Appeals Of Texas |

## Motion To Extend Time To File
## Appellant's Pro Se, Petion For Discretionary Review

To The Honorable Court Of Criminal Appeals:

Now comes Silvia Romero, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file Appellant's, Pro Se, Petition For Discretionary Review, pursuant to Rules 10.5(b)(1) and 38.6 of the Texas Rules of Appellate Procedure and for good cause shows the following:

1) Appellant's Petition For Discretionary Review is due on July 8, 2015.

2) Appellant Requests 90 additional days until

-1-

October 6, 2015 to prepare and file Appellant's Petition For Discretionary Review.

3. No extension to file the Petition For Discretionary Review has been previously granted in this case.

4. Appellant relies on the following facts as good cause for the Requested extension:

a) Appellant is proceeding Pro Se in the above and styled numbered cause.

b) Appellant Received notification from her Court-appointed appellate attorney, Dan Wood, Jr., on June 13, 2015 via Certified Mail-Return Receipt Requested that her Motion For Rehearing in the Fifth Court of Appeals at Dallas had been denied on June 8, 2015 with the Court's Order enclosed and that her appeal to the Dallas Court of Appeals is finished.

c) Appellant Received a Copy of the Court's Order dated June 8, 2015, as well as one volume of the Clerk's Record under cover of the Appellate attorney. However, because of the voluminous nature of the trial Record, ten volumes, and because the Appellate attorney, Dan Wood, Jr., only had an electronic Copy of the Record, same was not forwarded to Appellant, Silvia Romero. Therefore, Appellant is unable to prepare the Petition For Discretionary Review by the due date as Appellant does not have her "complete" trial Record in her possession.

-2-

d) Appellant's appellate attorney, advised Appellant that he would request a paper copy of her trial RECORD, and which she is legally entitled to, but same has not been RECEIVED at the time of filing her Motion For Extension Of Time To File Petition For Discretionary Review. Therefore Appellant requests additional time to review the record on appeal and research any additional grounds and/or issues for her Petition and cannot do so without the complete RECORD before her.

e) Appellant is currently incarcerated at the Lane Murray Unit in Gatesville, Texas and Appellant who is now representing herself (Pro Se) is allowed access to the Correctional Institution's Law Library only 10 hours per week which prevents her from completing the necessary legal research required to properly prepare her Petition For Discretionary Review by the current deadline of July 8, 2015.

f) Additionally, Appellant does not have access to copy facilities.

Wherefore, Premises Considered, Appellant prays the Court of Criminal Appeals grant this Motion To Extend Time To File Appellant's Pro Se, Petition For Discretionary Review, and for such other and further

-3-

relief as the Court may deem appropriate.

Respectfully Submitted,
Silvia Romero
Silvia Romero, Pro Se
Appellant
TDCJ #01883677
Lane Murray Unit
1916 N. Hwy. 36 By Pass
Gatesville, Texas 76596

## Certificate Of Service

This is to certify that on June 29, 2015, a true and correct copy of the above and foregoing document was served on the Dallas County Criminal District Attorney's Office, by U.S. mail addressed to: Hon. Craig Watkins, Criminal District Attorney, ATTN: Appellate Div., 133 N. Riverfront, LB 19, Dallas, Texas 75207, and that an original and one copy was forwarded for filing to: Abel Acosta, Clerk, Court Of Criminal Appeals Of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711, by depositing same in the U.S. mailbox located on the Lane Murray Unit.

Silvia Romero
Silvia Romero, Pro Se

-4-

# Unsworn Declaration

I, Silvia Romero, TDCJ# 01883677, being presently incarcerated in the Lane Murray Unit of the Texas Department of Criminal Justice in Coryell County, Texas declare under penalty of perjury that I am the Appellant/Affiant in the above and foregoing Motion, I have read said Motion and the factual allegations/information of said Motion are true and correct and same has been deposited in the U.S. Mailbox, located on the Lane Murray Unit.

Executed on this 29th day of June, 2015.

Silvia Romero

Silvia Romero, Pro Se Appellant Affiant